UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CIVIL ACTION NO. 11-570-C**

**WILLIAM JAMES SMITH, II,**                                               **PETITIONER**

**V.**                       **MEMORANDUM OPINION & ORDER**

**RANDY WHITE, Warden,**                                            **RESPONDENT**.

\*\*\*\*\*\*\*

Pending before the court is William James Smith's pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (R. 1, 10). Magistrate Judge Whalin filed a Report and Recommendation (R. 25) that the petition be dismissed with prejudice, to which Smith has objected (R.26). Because Smith is proceeding pro se, the court applies a less stringent standard than it would otherwise apply in reviewing the present petition. *See Cruz v. Beto*, 405 U.S. 319 (1972); *Haines v. Kerner*, 404 U.S. 519 (1972). Having reviewed the record de novo in light of the Smith's objections pursuant to 28 U.S.C. § 636(b)(1)(C), the court accepts the Report and Recommendation. Smith raises seven objections to the Report and Recommendation that merely restate the arguments he has already made, and those arguments are soundly disposed of by the Report and Recommendation.

Accordingly,

**IT IS ORDERED** that Smith's petition for a writ of habeas corpus (R. 1, 10) is **DENIED** and the Report and Recommendation (R. 25) is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c), because no reasonable jurist would find the district court's assessment of the petitioner's constitutional claims debatable or wrong.

**IT IS FURTHER ORDERED** that this matter shall be **CLOSED** and **STRICKEN** from the court's active docket.

A separate judgment will issue.

Signed on September 7, 2012

Jennifer B. Coffman, Judge
United States District Court